Kenneth M. Gutsch, ABA 8811186
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
Email: kgutsch@richmondquinn.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| REBECCA R. MUIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CLAYTON R. SALIKIE and WAL-MART TRANSPORTATION, LLC, | ) ) |
| | ) Case No. 3:12-cv-_____ |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

TO:      The United States District Court
             For the District of Alaska

AND TO:   Marc June

You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendants, Clayton R. Salikie and Wal-Mart Transportation, LLC, has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Rebecca R. Muir v. Clayton R. Salikie and Wal-Mart Transportation, LLC*, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-12-07120 CI. You are also notified that the said

defendants have filed a copy of this Notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage, and that said action has thereby been removed from the Superior Court to the United States District Court. *See,* Ex. A ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident and citizen of the State of Alaska (Ex. B, Complaint at ¶ 1). Defendant Clayton R. Salikie is a resident of the State of Washington. Defendant, Wal-Mart Transportation LLC is a Delaware corporation whose principal place of business is in Arkansas. Defendant, Wal-Mart Transportation LLC is therefore a citizen of Delaware and Arkansas, and there is complete diversity of citizenship amongst the parties. This removal is being filed within twenty (30) days after delivery of process.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about May 10, 2012. Plaintiff's counsel claims damages in excess of $100,000. Summons was delivered on May 17, 2012.

Based on the above, this court has removal jurisdiction over this action, and defendants are entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 12th day of June, 2012, Anchorage, Alaska.

                                                                         RICHMOND & QUINN
                                                                         Attorneys for Defendants

                               By:    /s/ Kenneth M. Gutsch_
                                         Kenneth M. Gutsch

RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907)276-2953
E-mail: kgutsch@richmondquinn.com
Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of June, 2012, a copy of the foregoing was served by electronically on the following:

Marc June
junelawyer@cs.com

/s/ Kenneth M. Gutsch_____
      RICHMOND & QUINN
2245\042\PLD\Removal from State Court

**NOTICE OF REMOVAL**
Muir v. Salikie & Wal-Mart Transportation, LLC, Case No. 3:12-cv-_____
Page 3