IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Rebecca R. Muir
_____
              Plaintiff(s),
vs.

Clayton Saikie
_____
               Defendant(s).
Walmart Transportation LLC

CASE NO. 3AN- 12- 7120 CI

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Clayton R Saikie

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Marc W. June, whose address is: 807 G Street ste 150 Anchorage, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge  Suddock
    and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

5/10/12
Date

By: _____
Deputy Clerk

I certify that on 5/10/12 a copy of this Summons was  [ ] mailed  [X] given to
[ ] plaintiff  [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order  [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

Exhibit B        Civil Rules 4, 5, 12, 42(c), 55

CIV-100 ANCH (6/10)(st.3)
SUMMONS

Page 1 of 5 Pages

Case 3:12-cv-00123-RRB   Document 1-2   Filed 06/12/12   Page 1 of 5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

REBECCA R. MUIR, )
)
      Plaintiff, )
)
vs. )    CM1
)
CLAYTON R. SALIKIE, and )    L1576395
WALMART TRANSPORTATION, )
LLC., )
)
      Defendants. )    Case No. 3AN-12-7120 CI
)

## COMPLAINT

COMES NOW the Plaintiff, Rebecca R. Muir, by and through her counsel, Law Offices of Marc June, and for her Complaint against Defendants Christopher R. Salikie and Walmart Transportation, LLC, states as follows:

### FIRST CAUSE OF ACTION
### (Negligent Driving)

1. Plaintiff Rebecca R. Moore ("Moore") is a resident of Anchorage, Alaska.

2. This case arises out the activities of Defendants Clayton R. Salikie ("Salikie") and Walmart Transportation, LLC,("Walmart") in Alaska such that courts in Alaska have personal jurisdiction over such parties.

3. At all relevant times, Defendant Salikie was acting as the agent of Defendant Walmart in the course and scope of his duties driving a Kenworth Tractor pulling cargo

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

trailers for Defendant Walmart such that Defendant Walmart is liable for Defendant Salkikie's actions.

4. On or about April 7, 2011, Plaintiff Muir was operating a motor vehicle on Eastbound on the Glenn Highway near milepost 78.5 when a Kenworth tractor and cargo trailer operated by Defendants came into her lane of travel and collided with Muir's vehicle.

5. Despite the collision, Defendant Salikie failed to stop and left the scene of the accident.

6. The cause of the collision was the negligent operation of the Kenworth by Defendants, including but not limited to the operation of the vehicle at an unsafe speed for driving conditions of snow on the roadway, the failure to maintain the Kenworth tractor and trailer in the westbound lane of traffic, the failure to keep a proper lookout for oncoming traffic, and the failure to maintain control of the vehicle.

7. As a result of such negligence, Plaintiff Muir was injured, including but not limited to head, neck, back, and leg injuries.

8. As a result of such negligence, Plaintiff Muir has suffered losses, including but not limited to, past and future medical expenses, past and future earnings, other economic loss, and past and future non-economic loss in an amount to be proven at trial but in excess of $100,000.

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

## SECOND CAUSE OF ACTION
### (Negligent hiring/training against Walmart)

9. Plaintiff Muir realleges and incorporates by reference the allegations of Paragraphs 1 through 8 of this Complaint.

10. It is Plaintiff Muir's information and belief that Defendant Walmart's hiring of Salikie and training of Salikie for operation of large tractors and cargo trailers on Alaska roads was additionally negligent.

11. As a result of such negligence, Plaintiff has suffered losses, including but not limited to, past and future medical expenses, past and future earnings, other economic loss, and past and future non-economic loss in an amount to be proven at trial but in excess of $100,000.

## THIRD CAUSE OF ACTION
### (PUNITIVE DAMAGES)

12. Plaintiff Muir realleges and incorporates by reference the allegations of Paragraphs 1 through 11 of this Complaint.

13. Defendants' actions, both in driving and in leaving the scene of the motor vehicle accident are sufficiently intentional and with reckless indifference to the safety of others that punitive damages is appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests the following relief:

1. A judgment against Defendant in an amount to be proven at trial but in excess of $100,000.

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234   Facsimile 907-277-9120

2. Plaintiff's costs and attorneys' fees.

3. Such other relief as the Court deems just and appropriate.

DATED at Anchorage, Alaska this ___ day of May, 2012.

LAW OFFICES OF MARC JUNE
Attorneys for Plaintiff

By: _____
Marc W. June
ABA# 8011091

Law Offices of Marc June
807 G Street, Suite 150
Anchorage, Alaska 99501
Telephone 907-277-5234  Facsimile 907-277-9120

*Muir v. Salikie and Walmart Transportation, LLC*, Case No. 3AN-12-____ CI
Complaint, Page 4 of 4

Exhibit B
Page 5 of 5 Pages