Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail:  gzipkin@guessrudd.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| REBECCA R. MUIR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-00123-RRB |
| | ) | |
| v. | ) | |
| | ) | |
| CLAYTON R. SALIKIE and WAL-MART TRANSPORTATION, LLC, | ) ) | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties, by and through their respective attorneys, hereby stipulate and agree that all of the claims asserted by plaintiff in this action against defendants Clayton R. Salikie and Wal-Mart Transportation, LLC, are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees, for the reason that an amicable settlement has been reached.

//

//

Stipulation for Dismissal With Prejudice
Muir v. Salikie et al., Case No. 3:12-cv-00123-RRB
Page 1 of 2
Case 3:12-cv-00123-RRB   Document 59   Filed 07/18/13   Page 1 of 2

|  |  | LAW OFFICE OF MARC W. JUNE<br>Attorneys for Plaintiff |
|---|---|---|
| DATED: 7/18/13 | By: | /s Marc W. June |
|  |  | Law Offices of Marc June<br>807 G Street, Suite 150<br>Anchorage, AK  99501<br>Phone:  (907) 277-5234<br>Fax:  (907) 277-9120<br>E-mail:  junelawyer@cs.com<br>Alaska Bar No. 8011091 |
|  |  | GUESS & RUDD P.C.<br>Attorneys for Defendants |
| DATED: 7/18/13 | By: | /s Gary A. Zipkin |
|  |  | Guess & Rudd P.C.<br>510 L Street, Suite 700<br>Anchorage, Alaska  99501<br>Phone:  (907) 793-2200<br>Fax:  (907) 793-2299<br>E-mail:  gzipkin@guessrudd.com<br>Alaska Bar No. 7505048 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 18th day of July, 2013, a copy of the foregoing was served electronically on:

Marc June, Esq.

GUESS & RUDD, P.C.

By:     s/Gary A. Zipkin

Stipulation for Dismissal With Prejudice
Muir v. Salikie et al., Case No. 3:12-cv-00123-RRB
Page 2 of 2